KEVIN K. CHOLAKIAN (S.B.# 103423)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Telephone: (415) 467-8200
Facsimile: (415) 467-8206

Attorneys for Defendants
ROBERT EARNEST and SUZANNE EARNEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK FUTIA,<br><br>                    Plaintiff,<br>    v.<br><br>ROBERT AND SUZANNE EARNEST,<br><br>                    Defendants. | Case No.:  C 06-00845 MHP<br><br>**STIPULATION TO EXTEND TIME FOR MEDIATION; AND ORDER GRANTING EXTENSION** |

   WHEREAS the court earlier ordered mediation to be completed by August 27, 2007; and

   WHEREAS ongoing settlement discussion have been taking place with the court's ADR Department; and

   WHEREAS the parties are close to settlement of this matter and believe that the matter will soon be settled; and

   WHEREAS a mediation date was agreed upon for October 16, 2007 with the court's ADR Department;

THEREFORE the parties respectfully request that the court provide an extension of time to complete mediation.

The parties signing below hereby stipulate to extend the time for mediation to be completed, to October 17, 2007, and respectfully request the court to Order said extension.

Dated: September 11, 2007          CHOLAKIAN & ASSOCIATES


By: _____/s/ Colin R. Hatcher, Esq._____
COLIN R. HATCHER, ESQ.

Attorneys for Defendants
SUZANNE and ROBERT EARNEST

Dated: September 11, 2007


By: _____/s/ Tom N. Stewart III, Esq._____
TOM N. STEWART III, ESQ.

Attorneys for Plaintiff
RICK FUTIA

**SO ORDERED:**

Dated: 9/19/2007

IT IS SO ORDERED

Judge Marilyn H. Patel